JOSEPHINE N. SHEDD and Another, Respondents, v. RICHARD W. NAYLOR and Others, as Substituted Trustees, etc., and Individually, Appellants,

Impleaded with Others.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.